**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: CARTER, THOMAS RAY § | Case No. 09-70566 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/17/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/06/2011          By:  /s/BERNARD J. NATALE
                                                                          Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CARTER, THOMAS RAY    § Case No. 09-70566
§
§
Debtor(s)    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,000.36 |
| *and approved disbursements of* | $ 3,628.83 |
| *leaving a balance on hand of* [1] | $ 6,371.53 |
| **Balance on hand:** | $ 6,371.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,371.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,750.04 | 0.00 | 1,750.04 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,054.00 | 0.00 | 2,054.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 65.84 | 0.00 | 65.84 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,869.88 |
| Remaining balance: | $ 2,501.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,501.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,501.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,648.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Mngmt Systems Corp | 501.70 | 0.00 | 130.09 |
| 2 | Roundup Funding, LLC | 2,475.09 | 0.00 | 641.73 |
| 3 | Suntone Judgment Recovery | 1,728.72 | 0.00 | 448.22 |
| 4 | Attorney Tom Laughlin | 3,728.00 | 0.00 | 966.58 |
| 5 | PRA Receivables Management, LLC | 1,215.05 | 0.00 | 315.03 |

Total to be paid for timely general unsecured claims: $ 2,501.65
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 09-70566-MB
Thomas Ray Carter                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lkorotko               Page 1 of 2              Date Rcvd: Sep 20, 2011
                              Form ID: pdf006              Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
```
db          +Thomas Ray Carter,    11616 Bernice Avenue,    Huntley, IL 60142-7102
aty         +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
aty         +Jim Fine,   McKenna Storer,    666 Russel Court,    Suite 303,   Woodstock, IL 60098-2672
aty         +Sara E. Cook,   McKenna Storer,    666 Russel Court,    Woodstock, IL 60098-2672
aty         +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
13555964    +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
13555968   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
13555966     Campion Curron Dunlop & Lamb,    8600 Route 14,    Crystal Lake, IL 60012
13555969    +Castle Bank,    677 E. Grant Highway,   Marengo, IL 60152-3431
13555971    +Central Portfolio Control,    6640 Shady Oak Road,    #300,   Eden Prairie, MN 55344-7710
13555972    +Citi-Capital Commercial,    % Besic Law Offices PC,    5 Wilson Street,    Batavia, IL 60510-2656
13555974    +Conseco Financial Corporation,    1400 Turbine Drive,    Rapid City, SD 57703-4719
13555975     Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
13555976    +Corus Bank,    4800 N Western Ave,   Chicago, IL 60625-1941
13555978     First National Bank of Marengo,    % Franks Gerkin & McKenna,    19333 E. Grant Highway,
              Hillside, IL 60162
13555979    +First Premier Bank,    Po Box 5524,   Sioux Falls, SD 57117-5524
13555980     Fleet Bank,    P.O. Box 17192,   Wilmington, DE 19850
13555981     Fleet Platinum,    P.O. Box 15480,   Wilmington, DE 19850
13555982    +Fnb Marengo,    141 W Lincoln Hwy,   Dekalb, IL 60115-3609
13555983    +G M A C,    % Tate & Kirlin Assoc.,    2810 Southhampton Road,   Philadelphia, PA 19154-1207
13555985    +Heather Carter,    11616 Bernice,   Huntley, IL 60142-7102
13555986    +Household Bank,    1111 N. Town Center Drive,    Las Vegas, NV 89144-6364
13555987    +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5253,    Carol Stream, IL 60197-5253
13555989    +McKenna Storer,    666 Russel Court,   Suite 303,    Woodstock, IL 60098-2672
13555990    +Medical Recover Specialists, Inc.,    2200 E. Deon Ave. #288,    Des Plaines, IL 60018-4501
13555992    +Midland Mortgage Company,    Attn: Bankruptcy,    Po Box 26648,   Oklahoma City, OK 73126-0648
13555994    +National City Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14252143    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Menards,
              POB 41067,    NORFOLK VA 23541-1067
13555996    +Portfolio Rc,    Attn: Bankruptcy,   Po Box 9204,    Old Bethpage, NY 11804-9004
13555997    +R.G. Tonelli,    % Foote Meyers Mielke & Flowers,    416 Second Street,    Geneva, IL 60134-2717
13555998    +Rene Hernandez,    1625 E. State Street,    Rockford, IL 61104-2449
13555999     Rental Systems, LLC,    1100 Brandt Drive,    Elgin, IL 60120
13556001    +Robert B. Johnston,    1038 W. Balmoral - Apt. 6,    Chicago, IL 60640-1847
13556002    +Suntone Judgment Recovery,    Nadine L Wilson,    P.O. Box 58,   Havana, AR 72842-0058
13556003   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,     Attn: Bankruptcy Dept,    Po Box 5229,
              Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13555965    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 21 2011 02:46:34     Aurora Loan Services,
              Attn: Bankruptcy Dept.,    Po Box 1706,    Scottsbluff, NE 69363-1706
13555977     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2011 03:48:08      Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
13555984    +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2011 02:57:50     GEMB / Walmart,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13555988    +E-mail/Text: ebnsterling@weltman.com Sep 21 2011 02:46:03     Kay Jewelers,    375 Ghent Rd,
              Akron, OH 44333-4600
13555993    +Fax: 847-227-2151 Sep 21 2011 03:27:02     Mrsi,   2250 E Devon Ave Ste 352,
              Des Plaines, IL 60018-4521
14030059    +E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2011 02:57:50
              Recovery Management Systems Corporation,     For Capital Recovery II LLC,
              As Assignee of PREMIER BANKCARD, INC.,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14046246     E-mail/PDF: BNCEmails@blinellc.com Sep 21 2011 02:57:18      Roundup Funding, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13555967*     Campion Curron Dunlop & Lamb,    8600 Route 14,   Crystal Lake, IL 60012
13555970*    +Castle Bank,    677 E. Grant Highway,   Marengo, IL 60152-3431
13555973    ##+Collection Masters,    205 W. Randolph - Suite 935,    Chicago, IL 60606-1813
13555991    ##+Meta Bank,   P.O. Box 89210,    Sioux Falls, SD 57109-9210
13555995    ##+Ocwen Loan Servicing L,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
13556000    ##+Ritz & Laughlin,    728 N. Court Street,   Rockford, IL 61103-6922
                                                                                TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3           User: lkorotko              Page 2 of 2                    Date Rcvd: Sep 20, 2011
                               Form ID: pdf006             Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                      **Signature:**       _/s/ Joseph Speetjens_