**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CARTER, THOMAS RAY                            § Case No. 09-70566
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $224,300.00                Assets Exempt: $18,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,501.65    Claims Discharged
                                              Without Payment: $689,652.53

Total Expenses of Administration: $7,498.71

---

   3) Total gross receipts of $ 10,000.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.36 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,955.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,498.71 | 7,498.71 | 7,498.71 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 689,580.62 | 9,648.56 | 9,648.56 | 2,501.65 |
| **TOTAL DISBURSEMENTS** | $916,535.62 | $17,147.27 | $17,147.27 | $10,000.36 |

  4) This case was originally filed under Chapter 7 on February 23, 2009. The case was pending for 33 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2011  By: /s/BERNARD J. NATALE
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending legal malpractice suit: Thomas Carter vs | 1149-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.36 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.36** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Castle Bank | 4110-000 | 12,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank | 4110-000 | 7,112.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Mortgage Company | 4110-000 | 160,343.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing L | 4110-000 | 47,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226,955.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 65.84 | 65.84 | 65.84 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,054.00 | 2,054.00 | 2,054.00 |
| Sara E Cook | 3210-600 | N/A | 3,584.00 | 3,584.00 | 3,584.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,750.04 | 1,750.04 | 1,750.04 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.57 | 7.57 | 7.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.26 | 12.26 | 12.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,498.71 | 7,498.71 | 7,498.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Recovery Mngmt Systems Corp | 7100-000 | N/A | 501.70 | 501.70 | 130.09 |
| 2 | Roundup Funding, LLC | 7100-000 | 2,475.00 | 2,475.09 | 2,475.09 | 641.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Suntone Judgment Recovery | 7100-000 | 2,000.00 | 1,728.72 | 1,728.72 | 448.22 |
| 4 | Attorney Tom Laughlin | 7100-000 | 2,600.00 | 3,728.00 | 3,728.00 | 966.58 |
| 5 | PRA Receivables Management, LLC | 7100-000 | N/A | 1,215.05 | 1,215.05 | 315.03 |
| NOTFILED | Kay Jewelers | 7100-000 | 2,475.00 | N/A | N/A | 0.00 |
| NOTFILED | McKenna Storer | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank | 7100-000 | 4,876.00 | N/A | N/A | 0.00 |
| NOTFILED | Fnb Marengo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C % Tate & Kirlin Assoc. | 7100-000 | 11,507.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recover Specialists, Inc. | 7100-000 | 5,751.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Meta Bank | 7100-000 | 414.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert B. Johnston | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rental Systems, LLC | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | R.G. Tonelli % Foote Meyers Mielke & Flowers | 7100-000 | 20,272.81 | N/A | N/A | 0.00 |
| NOTFILED | Fleet Platinum | 7100-000 | 3,877.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Rc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rene Hernandez | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Corus Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Campion Curron Dunlop & Lamb | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 582.00 | N/A | N/A | 0.00 |
| NOTFILED | Campion Curron Dunlop & Lamb | 7100-000 | 88,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi-Capital Commercial % Besic Law Offices PC | 7100-000 | 21,728.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Marengo % Franks Gerkin & | 7100-000 | 287,163.33 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services | 7100-000 | 10,702.00 | N/A | N/A | 0.00 |
| NOTFILED | Consecofin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Collection Masters | 7100-000 | 485.48 | N/A | N/A | 0.00 |
| NOTFILED | Conseco Financial Corporation | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fleet Bank | 7100-000 | 4,097.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 689,580.62 | 9,648.56 | 9,648.56 | 2,501.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70566  
**Case Name:** CARTER, THOMAS RAY  

**Period Ending:** 12/12/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/23/09 (f)  
**§341(a) Meeting Date:** 03/26/09  
**Claims Bar Date:** 09/08/09

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11616 Bernice Avenue, Huntley, | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Great Bank, Algonquin, IL | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Pending legal malpractice suit: Thomas Carter vs | 865,000.00 | Unknown | | 10,000.00 | FA |
| 6 | 2002 Ford F250, 230,000 miles, not operable in p | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2001 Ford Mustang; 42,000 miles | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2001 Bourgett Motorcyle, 8,000 miles, inoperable | 1,500.00 | 750.00 | DA | 0.00 | FA |
| 9 | Miscellaneous tools | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.36 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$1,089,300.00** | **$750.00** | | **$10,000.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

ATTORNEY MALPRACTICE CASE SETTLED. TRUSTEE WAITNG TO COLLECT SETTLEMENT PROCEEDS.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** September 6, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-70566  
**Case Name:** CARTER, THOMAS RAY  

**Taxpayer ID #:** **-***4468  
**Period Ending:** 12/12/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******59-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | {5} | Law Office of Rene Hernadez | Pymt on Malpractice Suit Settlement | 1149-000 | 3,000.00 | | 3,000.00 |
| 02/04/11 | {5} | Rene Hernandez | Pymt of Malpractice Suit Settlement | 1149-000 | 3,000.00 | | 6,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.03 |
| 03/08/11 | {5} | Law Office of Rene Hernandez PC | Pymt on Malpractice Suit Compromise | 1149-000 | 2,000.00 | | 8,000.03 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.09 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.15 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.21 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #09-70566, BOND #016018067 | 2300-000 | | 7.57 | 7,992.64 |
| 06/07/11 | {5} | Law Office of Rene Hernandez PC | Final Payment Malpractice Claim | 1149-000 | 2,000.00 | | 9,992.64 |
| 06/07/11 | | To Account #9200******5966 | Trfr to Pay Attorney Cook | 9999-000 | | 3,600.00 | 6,392.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,392.69 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,392.74 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.26 | 6,380.48 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,380.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,355.53 |
| 09/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 6,355.53 |
| 09/06/11 | | To Account #9200******5966 | Transfer for Final Report | 9999-000 | | 6,355.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.36 | 10,000.36 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 9,955.53 | |
| | | | **Subtotal** | | 10,000.36 | 44.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.36** | **$44.83** | |

{} Asset reference(s)

Printed: 12/12/2011 12:08 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-70566 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | CARTER, THOMAS RAY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-66 - Checking Account |
| Taxpayer ID #: | **-***4468 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 12/12/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/11 | | From Account #9200******5965 | Trfr to Pay Attorney Cook | 9999-000 | 3,600.00 | | 3,600.00 |
| 06/07/11 | 101 | Sara E Cook | Payment of Special Counsel Fees & Costs | 3210-600 | | 3,584.00 | 16.00 |
| 09/06/11 | | From Account #9200******5965 | Transfer for Final Report | 9999-000 | 6,355.53 | | 6,371.53 |
| 10/17/11 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,750.04, Trustee Compensation;  Reference: | 2100-000 | | 1,750.04 | 4,621.49 |
| 10/17/11 | 103 | Recovery Mngmt Systems Corp | Distribution paid  25.92% on $501.70; Claim# 1; Filed: $501.70; Reference: | 7100-000 | | 130.09 | 4,491.40 |
| 10/17/11 | 104 | Roundup Funding, LLC | Distribution paid  25.92% on $2,475.09; Claim# 2; Filed: $2,475.09; Reference: | 7100-000 | | 641.73 | 3,849.67 |
| 10/17/11 | 105 | Suntone Judgment Recovery | Distribution paid  25.92% on $1,728.72; Claim# 3; Filed: $1,728.72; Reference: | 7100-000 | | 448.22 | 3,401.45 |
| 10/17/11 | 106 | Attorney Tom Laughlin | Distribution paid  25.92% on $3,728.00; Claim# 4; Filed: $3,728.00; Reference: | 7100-000 | | 966.58 | 2,434.87 |
| 10/17/11 | 107 | PRA Receivables Management, LLC | Distribution paid  25.92% on $1,215.05; Claim# 5; Filed: $1,215.05; Reference: | 7100-000 | | 315.03 | 2,119.84 |
| 10/17/11 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,119.84 | 0.00 |
| | | | Dividend paid 100.00%   2,054.00 on $2,054.00;  Claim# ATTY; Filed: $2,054.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   65.84 on $65.84;  Claim# EXP; Filed: $65.84 | 3120-000 | | | 0.00 |

| | | | ACCOUNT TOTALS | | 9,955.53 | 9,955.53 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 9,955.53 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,955.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,955.53** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******59-65** | 10,000.36 | 44.83 | 0.00 |
| **Checking # 9200-******59-66** | 0.00 | 9,955.53 | 0.00 |
| | $10,000.36 | $10,000.36 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2011 12:08 PM    V.12.57